FILED ENTERED / RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

FEB 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM C. THOMPSON,<br><br>Defendant. | Case No. 2:13-cr-368-JAD-VCF/<br>2:19-cr-47-JAD-VCF<br><br>**CONSENT OF DEFENDANT** |

Defendant, __William Thompson__, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Pre-Sentence Investigation Report by this court prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____                    _____
Counsel for Defendant                                         Assistant U.S. Attorney

DATED: this __25th__ day of __February__, 2019.

APPROVED:

_____
JENNIFER A. DORSEY
United States District Judge